IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN BALL** | : | CIVIL ACTION NO. 1:11-cv-1834 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| **DR. FAMIGLIO, et al.** | : | |
| Defendants | : | |

# O R D E R

Before the court in the captioned action is a December 17, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Defendants' motion to revoke the plaintiff's leave to proceed *in forma pauperis* (Doc. No. 111) is **DENIED**.

3) The case is referred back to the Magistrate Judge for further proceedings.

   S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: January 8, 2015.