IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN BALL | : | CIVIL ACTION NO. 1:11-cv-1834 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| DR. FAMIGLIO, et al. | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a May 12, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Defendants' motions for summary judgment (Doc. Nos. 117 and 122) are **GRANTED**.

3) Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

4) The Clerk of Court is directed to close this case.

    S/ Yvette Kane
    YVETTE KANE, District Judge
    United States District Court
    Middle District of Pennsylvania

Dated: JUNE 2, 2015.